SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317) cknox@seyfarth.com
Agnes P. Leung (SBN 236635) aleung@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and LOCKHEED MARTIN GROUP BENEFIT PLAN

MARION'S INN, A Law Partnership
Mark Palley (SBN 120073) mp@marionsinn.com
Eugene Chang (SBN 209568) ec@marionsinn.com
1611 Telegraph Hill, Suite 707
Oakland, CA 94612
Telephone: (510) 451-6770

Attorneys for Plaintiff
BARBARA DELUCCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DELUCCHI,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and LOCKHEED MARTIN GROUP BENEFIT PLAN NO. 594,<br><br>    Defendants. | Case No. C 04-3554 PJH<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>[Fed.R.Civ.P. 41(a)]. |

Plaintiff Barbara Delucchi and Defendants Life Insurance Company of North America and Lockheed Martin Group Benefit Plan No. 594 have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

///

///

1  The parties seek the Court's approval of dismissal of this action with prejudice through
2  the order listed *infra*.

3  DATED: June 21, 2005

SEYFARTH SHAW LLP

By _____
   Carolyn A. Knox
   Agnes P. Leung

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH
AMERICA and LOCKHEED MARTIN
GROUP BENEFIT PLAN

9  DATED: June 21, 2005

MARION'S INN, A Law Partnership

By _____
   Mark Palley
   Eugene Chang

Attorneys for Plaintiff
BARBARA DELUCCHI

16  IT IS SO ORDERED.

18  Dated: June 23, 2005

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

-2-

Stipulation and [Proposed] Order of Dismissal With Prejudice; Case No. C 04-3554 PJH
SF1 28212901.1